No. 189, Misc. REEVES *v.* UTAH. Sup. Ct. Utah. Certiorari denied.

No. 190, Misc. BLACKWELDER *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 192, Misc. DUVAL *v.* WILLINGHAM, WARDEN. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 193, Misc. LOCKETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 194, Misc. BROWN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 196, Misc. HEMPHILL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 198, Misc. BOONE *v.* MOYLAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 199, Misc. LEVY ET AL. *v.* MONTGOMERY COUNTY ET AL. Ct. App. Md. Certiorari denied. *Alfred H. Carter* and *H. Christopher Malone, Jr.,* for respondent Montgomery County, and *Edgar F. Czarra, Jr.,* for respondents Evening Star Broadcasting Co., Trustee, et al.